IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOE PHILLIPS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 15-0314-WS-N |
| | ) |
| BANK OF AMERICA N.A., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The plaintiff and defendant Experian Information Solutions, Inc. ("Experian") have filed a "stipulation of dismissal" of Experian, (Doc. 27), which the Court has construed as a motion to dismiss Experian under Rule 41(a)(2). (Doc. 28). The remaining defendant has no objection. (Doc. 29). Accordingly, and for the reasons stated therein, the deemed motion to dismiss is **granted**. All claims asserted by the plaintiff against Experian are **dismissed with prejudice**, each of the settling parties to bear its own cost, expenses and attorney's fees.

DONE and ORDERED this 23rd day of December, 2015.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE