IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOE PHILLIPS, JR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION 15-0314-WS-N |
| | ) |
| **BANK OF AMERICA N.A., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

In accordance with the joint stipulation of dismissal filed by all remaining parties, (Doc. 36), this action is **dismissed without prejudice**, each party to bear its own costs.

DONE and ORDERED this 14th day of March, 2016.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE